**E-Filed 12/05/07**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| VICTOR HUGO GONZALEZ-PINEDA,<br><br>Petitioner,<br><br>v.<br><br>PETER KEISLER, Acting Attorney General of the United States, et al.,<br><br>Respondents. | Case No. C 07-05520 JF<br><br>ORDER TO SHOW CAUSE |

  Petitioner, a native and citizen of Mexico, is charged with unlawful entry into the United States. Application for Writ of Habeas Corpus at ¶ 1. On July 22, 2005, the United States Department of Justice initiated removal proceedings ("removal proceedings") in the Immigration Court pursuant to 8 U.S.C. 1229, and Petitioner was released on $50,000.00 bond. *Id.* at ¶ 1-2. Petitioner alleges that his family members put up their house as collateral for the bond. *Id.* at ¶ 27. On January 10, 2007, the Immigration Court dismissed the proceedings in light of a prior order of removal ("prior order"). *Id.* at ¶ 15. On February 2, 2007, Petitioner filed a timely appeal. *Id.* at ¶ 16.

  On June 6, 2007, despite the pending appeal, the Department of Homeland Security sent the company that insured Petitioner's bond a "Notice to Deliver Alien" pursuant to a then-

1  impending deportation proceeding scheduled for July 9, 2007. *Id.* at ¶ 20.  The deportation
2  proceeding was related to the prior order. *Id.* at ¶ 17.  Petitioner alleges that he was not made
3  aware of the deportation proceedings until after July 9, 2007, when he was notified by the bond
4  company that he had breached the terms of the bond. *Id.* at ¶ 24.  Petitioner alleges that as a
5  result of that breach, his family's home faces foreclosure. *Id.* at 17.  On July 19, 2007, Petitioner
6  surrendered to immigration authorities and was placed on supervised release pending his appeal
7  of the removal proceedings. *Id.* at ¶ 28.  On October 30, 2007, Petitioner filed the instant
8  petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking to have (1) his bond
9  reinstated and (2) the order of supervised release rescinded.

10      IT IS ORDERED as follows:

11      (1)  The Clerk of the Court shall (a) serve a copy of the petition and a copy of this
12  Order upon counsel for Respondent, the Office of the United States Attorney, Northern District
13  of California and (b) serve a copy of this Order on Petitioner.

14      (2)  Respondent shall, in writing and within twenty (20) days of the date of this Order,
15  file opposition to the petition showing cause why the petition should not be granted.

16      (3)  Petitioner may file a reply within ten (10) days of the date Respondent's
17  opposition is filed.

18      (4)  Unless otherwise ordered by the Court, the matter will be deemed submitted upon
19  the filing of the reply or upon the expiration of time to file a reply.

22  DATED: December 05, 2007

                                    _____
                                    JEREMY FOGEL
                                    United States District Judge

27  Copies of Order served on the following persons:

2

Case No. C 07-05520 JF
ORDER TO SHOW CAUSE
(JFEX2)

1  Plaintiff:

2  Frank Patrick Sprouls            franksprouls@riccisprouls.com

3  Counsel for Defendants:

4  Office of the United States Attorney
   150 Almaden Blvd., Suite 900
5  San Jose, CA 95113

3

Case No.  C 07-05520 JF
ORDER TO SHOW CAUSE
(JFEX2)