LAW OFFICE OF RICCI & SPROULS
Attorneys at Law
445 Washington Street
San Francisco, California 94111
(415) 391 2100
FAX (415) 391 4678
FRANK P. SPROULS State Bar #166019
Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HUGO GONZALEZ-PINEDA<br>Petitioner/Appellant<br><br>v.<br>ALBERTO GONZALEZ,<br>ATTORNEY GENERAL OF THE UNITED STATES AND<br>David Still,<br>Acting District Director, San Francisco Office, U.S. IMMIGRATION AND NATURALIZATION SERVICE<br>Respondent. | **NOTICE TO VOLUNTARILY DISMISS BASED ON REINSTATEMENT OF BOND BY RESPONDENTS**<br><br>**C-07-5520 JF** |

The writ in this matter seeks to compel the Respondents to reinstate the Petitioner's bond in his immigration matter.

At this time, the Respondents have reinstated the bond and complied by the Petitioner's request. We hereby voluntarily dismiss the Writ of Mandamus.

Notice to Dismiss Gonzalez-Pineda v. Gonzalez, 07-3566 PJH                1

1  Dated: December 7, 2007

2

3

4
   _____/s/_____
5
   Frank P. Sprouls
6
   Attorney for Petitioner
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Notice to Dismiss Gonzalez-Pineda v. Gonzalez, 07-3566 PJH                    2